**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Civil Action No. 10-CV-02553-MSK-DLW**

**CECILIA CASTOLENIA,**

**Plaintiff,**

**vs.**

**PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, an Indiana Corporation,**

**Defendant.**

## ORDER OF RECUSAL

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has become aware that the Defendant and Defendant's counsel are involved in litigation in the La Plata County District Court that involves a legal entity to which the Court is a member. To avoid a conflict of interest, the Court recuses itself from this case and asks that the case be assigned to a different Magistrate Judge.

**DATED: March 30, 2011.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**